UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWVER,

Plaintiff,

v.

,

Defendant.

Case No. 26-cv-05003-PCP

**ORDER OF DISMISSAL**

The Court received a letter from Mr. Lawver on May 27, 2026. Dkt. No. 1. The Clerk of the Court opened an action on Mr. Lawver's behalf. *See id*. The Clerk notified Mr. Lawver that to pursue this lawsuit he must file a civil rights complaint or habeas petition and also must file a complete application to proceed *in forma pauperis*. Dkt. Nos. 2–3.

The deadline for Mr. Lawver to comply with the Clerk's notices has passed and Mr. Lawver has neither completed his *in forma pauperis* application, nor filed a complaint or petition. *See generally* Dkt. This action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Mr. Lawver may ask to reopen the action. To do this, he must file a motion with the words MOTION TO REOPEN on the first page **and** must file his IFP application **and** must file either a civil rights complaint or habeas petition.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2026

P. Casey Pitts
United States District Judge